IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LINDA F. DAVISON                                                                           PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 1:09cv253HSO-JMR

HARRISON COUNTY SCHOOL DISTRICT                                             DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on the Report and Recommendation [3] of Chief United States Magistrate Judge John M. Roper, recommending denial of Plaintiff's Motion [2] to Proceed *in forma pauperis*. Plaintiff did not timely file objections to the Magistrate Judge's Report and Recommendation. Where a party fails to file specific objections to a magistrate judge's report and recommendation, the district court reviews the report and recommendation for findings and conclusions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Based on the record before this Court, the undersigned finds that the Magistrate Judge did not err in recommending that Plaintiff be denied leave to proceed *in forma pauperis*. After referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation [3], the relevant law, and the record in this matter, and being fully advised in the premises, finds that the Report and Recommendation [3] of Chief Magistrate Judge John M. Roper, should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendation [3] of Chief Magistrate Judge John M. Roper should be and hereby

is adopted in its entirety as the finding of this Court, except that Plaintiff shall have until twenty (20) days from the date of this Order, or until Thursday, February 4, 2010, to pay the required filing fees to the Clerk of Court for the Southern District of Mississippi, Southern Division, Dan M. Russell Jr., United States Courthouse, 2012 15th Street, Suite 403, Gulfport, Mississippi, 39501.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, if the filing fee is not received within the period specified above, this matter will be dismissed without further notice to the Plaintiff.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Linda F. Davison's Motion [2] for Leave to Proceed *in forma pauperis* should be, and hereby is, **DENIED.**

**SO ORDERED AND ADJUDGED**, this the 15th day of January, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE