IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **LINDA F. DAVISON** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:09cv253HSO-JMR** |
| **HARRISON COUNTY SCHOOL DISTRICT** | **DEFENDANT** |

### FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal pursuant to the Federal Rules of Civil Procedure. The Court, after a full review and consideration of the record and the relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that, Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED AND ADJUDGED**, this the 19th day of February, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE